IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| THOMAS WAYNE PARKER | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-412 |
| TEXAS DEP'T OF CRIMINAL JUSTICE, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Thomas Wayne Parker, a prisoner confined at the Gist Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Texas Department of Criminal Justice, Brian Collier, Rick Thighler, Charles E. Siringi, Reginald Chambers, and Tina Mayo.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted two Reports and Recommendations of United States Magistrate Judge. The magistrate judge recommends dismissing the claims against the Texas Department of Criminal Justice, Brian Collier, and Rick Thighler pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim upon which relief may be granted.

The court has received and considered the Reports and Recommendations of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Reports and Recommendations of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct,
and the reports of the magistrate judge (document nos. 12 and 13) are **ADOPTED**. The Texas
Department of Criminal Justice, Brian Collier, and Rick Thighler are **DISMISSED** from this action.

**SIGNED** this the **24** day of **June, 2019.**

Thad Heartfield
United States District Judge