IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| THOMAS WAYNE PARKER | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-412 |
| CHARLES E. SIRINGI, ET AL. | § | |

## MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Thomas Wayne Parker, a prisoner currently confined at the Ramsey Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Charles E. Siringi, Reginald Chambers, and Tina Mayo.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the civil rights action pursuant to Federal Rule of Civil Procedure 12(b)(6).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings. Petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. Plaintiff did not exhaust administrative remedies before he filed this civil rights action, which was received by the court on August 22, 2018. Plaintiff's "Notice of Step

1 Grievance" shows that he filed a Step 1 grievance, which was denied on August 23, 2018. Plaintiff states that he chose not to file a Step 2 grievance. Because plaintiff did not exhaust administrative remedies, his complaint fails to state a claim upon which relief may be granted.

### **ORDER**

Accordingly, plaintiff's objections (document no. 32) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 28) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the **14** day of **January, 2020.**

_____
Thad Heartfield
United States District Judge